| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-11072-AMC

| | |
|---|---|
| Sarah Louise Velez | Petition Filed Date: 02/21/2020 |
| Daniel Enrique Velez | 341 Hearing Date: 06/12/2020 |
| 75 North Franklin Street | Confirmation Date: |
| Pottstown  PA    19464 | |

### Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $1,100.00 | | 09/26/2022 | $1,500.00 | | 11/07/2022 | $2,500.00 | |
| 01/25/2023 | $3,500.00 | | 02/23/2023 | $1,217.81 | | 05/15/2023 | $5,400.00 | |

**Total Receipts for the Period:  $15,217.81   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $36,399.52**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Sarah Louise Velez | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL MCFARLIN, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ASHLEY FUNDING SVCS LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | ASHLEY FUNDING SVCS LLC »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO DEALER SERVICES »» 005 | Unsecured Creditors | $9,571.55 | $0.00 | $0.00 |
| 6 | DIRECTV LLC »» 006 | Unsecured Creditors | $788.81 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $345.58 | $0.00 | $0.00 |
| 8 | DELL FINANCIAL SERVICES LP »» 008 | Unsecured Creditors | $2,379.66 | $0.00 | $0.00 |
| 9 | ASHLEY FUNDING SVCS LLC »» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $432.62 | $0.00 | $0.00 |
| 11 | ASHLEY FUNDING SVCS LLC »» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | MONTGOMERY COUNTY TCB »» 012 | Secured Creditors | $3,456.86 | $0.00 | $0.00 |
| 13 | POTTSTOWN SCHOOL DISTRICT »» 013 | Secured Creditors | $34,839.86 | $0.00 | $0.00 |
| 14 | BOROUGH OF POTTSTOWN »» 014 | Secured Creditors | $5,196.70 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-11072-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $36,399.52 | Current Monthly Payment: | $1,282.59 |
| Paid to Claims: | $0.00 | Arrearages: | $2,980.52 |
| Paid to Trustee: | $3,070.50 | Total Plan Base: | $63,749.25 |
| Funds on Hand: | $33,329.02 |  |  |

**<u>NOTES:</u>**

**• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.